FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 APR 21 P 3:07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIAM WESLEY ALDEN, M.D. *

VERSUS * CIVIL ACTION NO.: 01-371

ALLIED ADULT AND CHILD CLINIC, L.L.C., GULF COAST MEDICAL CONSULTANTS, L.L.C., BARRY L. BORDONARO, M.D., PHILLIP A. JONES, M.D., AND FRANCIS G. DALY, M.D. * SECTION: "J" * MAG. (3)

* * * * * * * *

## UNOPPOSED MOTION TO CONTINUE TRIAL [WITH INCORPORATED MEMORANDUM]

NOW INTO COURT, through Undersigned Counsel, comes the Plaintiff, William Wesley Alden, M.D., who does aver that trial of this matter is presently set as a bench trial for June 9, 2003 at 9 a.m.; that counsel must be out of state on personal business between June 7 and June 15, 2003, which business cannot be altered; furthermore, that both Plaintiff and the Defendants have recently concluded that in order to properly try this matter further discovery must be conducted, which discovery may not be complete in time for trial; and finally, that opposing counsel has been contacted regarding the filing of this motion, and he stated that he has no objection to this request for a continuance.

Plaintiff has been advised of this motion, a copy of which has been provided to him.

DATE OF ENTRY
APR 28 2003

Fee
Process
X Dktd
CtRmDep
Doc.No. 39

Respectfully Submitted,

LAW OFFICE OF GREGORY P. NICHOLS, L.L.C.

**Gregory P. Nichols, No. 23883**
2900 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504)585-7336

Certificate of Service

By my signature hereinabove, I certify that a copy of this pleading has been served upon all counsel of record by placing a copy of same in the United States mail, properly addressed and postage prepaid, this 21st day of April, 2003.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM WESLEY ALDEN, M.D. | * | |
| VERSUS | * | CIVIL ACTION NO.: 01-371 |
| ALLIED ADULT AND CHILD CLINIC, L.L.C., GULF COAST MEDICAL CONSULTANTS, L.L.C., BARRY L. BORDONARO, M.D., PHILLIP A. JONES, M.D., AND FRANCIS G. DALY, M.D. | * * | SECTION: "J" MAG. (3) |

* * * * * * * *

**ORDER**

Considering the foregoing unopposed motion,

IT IS ORDERED that trial of this matter, presently set for June 9, 2003, be and hereby is CONTINUED until such time as a new trial date can be fixed by the parties and the court.

Denied

NEW ORLEANS, LA, this 28 day of April, 2003.

**JUDGE**